# United States Bankruptcy Court
## District of Utah

In re **SafeMoon US, LLC**  
Debtor(s)

Case No.  
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SafeMoon US, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ronin Crypto Group, LC**  
**2100 West Pleasant Grove Blvd., #250**  
**Pleasant Grove, UT 84062**

☐ None [*Check if applicable*]

**December 14, 2023**  
Date

/s/ Mark C. Rose  
**Mark C. Rose 13855**  
Signature of Attorney or Litigant  
Counsel for **SafeMoon US, LLC**  
**McKay, Burton & Thurman, P.C.**  
**15 West South Temple**  
**Suite 1000**  
**Salt Lake City, UT 84101**  
**801-521-4135 Fax:801-521-4252**  
**mrose@mbt-law.com**