**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **SafeMoon US, LLC** <br> Name | EIN | **87–1300792** |
| | United States Bankruptcy Court  **District of Utah** <br> Case number: **23–25749  JTM** | Date case filed for chapter **7:** | **12/14/23** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov). Case status information is available at no charge by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | SafeMoon US, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 2100 Pleasant Grove Boulevard, Suite 250 <br> Pleasant Grove, UT 84062 | |
| **4. Debtor's attorney** <br> Name and address | Mark C. Rose <br> McKAY, BURTON & THURMAN, P.C. <br> 15 West South Temple, Suite 1000 <br> Salt Lake City, UT 84101 | Contact phone (801) 521–4135 <br><br> Email: mrose@mbt–law.com |
| **5. Bankruptcy trustee** <br> Name and address | Ellen Ostrow Tr <br> Foley & Lardner LLP <br> 95 S. State St. <br> Suite 2500 <br> Salt Lake City, UT 84111 | Contact phone 801–401–8952 <br><br> Email: trustee.ostrow@foley.com |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court <br> District of Utah <br> 350 South Main #301 <br> Salt Lake City, UT 84101 <br><br> Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday <br><br> Contact phone: (801) 524–6687 <br><br> Website: www.utb.uscourts.gov |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> All individual debtor(s) must provide picture identification and proof of social security number to the trustee. Failure to do so may result in your case being dismissed. | Meeting to be held on: <br> **January 17, 2024 at 10:00 AM** <br><br> Location: <br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 263 999 5606, and Passcode 3728650493, OR call 1–385–452–9015** |
| | For additional meeting information go to https://www.justice.gov/ust/moc | |
| **8. Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **1**
Date Generated: 12/15/23

United States Bankruptcy Court

District of Utah

| | |
|---|---|
| In re: | Case No. 23-25749-JTM |
| SafeMoon US, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 15, 2023 | Form ID: 309C | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SafeMoon US, LLC, 2100 Pleasant Grove Boulevard, Suite 250, Pleasant Grove, UT 84062-3328 |
| tr | + | Ellen Ostrow Tr, Foley & Lardner LLP, 95 S. State St., Suite 2500, Salt Lake City, UT 84111-1760 |
| 12353186 | + | AREA 801, LLC, 1516 S. Daniel Road, Heber City, UT 84032-3606 |
| 12353184 | + | Adamson & Hoggan, LLC, d.b.a. Hogan Lee Hutchinson, 257 East 200 South, Suite 1050, Salt Lake City, UT 84111-2053 |
| 12353185 | + | Affinity Innovations, LLC, 401 Ryland St. Suite 200-A, Reno, NV 89502-1643 |
| 12353187 | | Baanx Group Limited, Level 18, 40 Bank Street, Canary Wharf, London, United Kingdom E14 5NR |
| 12353188 | | BeatPlaylist LTD, 184 McIntock Street North, Wellington, IL 60370 |
| 12353189 | + | Bennie Health, Inc., 700 Canal Street, Stamford, CT 06902-5921 |
| 12353190 | + | BetSwamp, 6208 Watermark Dr., Riverview, FL 33578-3981 |
| 12353191 | + | BeyondID, Inc., 535 Mission Street, 14th Floor, San Francisco, CA 94105-3253 |
| 12353193 | + | Block Busters Tech, Inc., 180 S. 100 West, #732, Pleasant Grove, UT 84062-6224 |
| 12353192 | + | Block Busters Tech, Inc., 180 South 100 West, #732, Pleasant Grove, UT 84062-6224 |
| 12353194 | + | Center Source Incorporated, 1313 4th Avenue N., Nashville, TN 37208-2715 |
| 12353195 | | CentreSource, Inc., 1313 4th Avenue N, Nashville, TN 37208-2715 |
| 12353196 | + | Chainalysis, 114 5th Avenue, 18th Floor, New York, NY 10011-5668 |
| 12353198 | + | CrogeCoin, LLC, N45W33324 Emley Drive, Nashotah, WI 53058-9698 |
| 12353199 | + | Cryft, LLC, N2734 Skyline Dr., Lake Geneva, WI 53147-3569 |
| 12353200 | + | CryftCards, N2734 Skyline Drive, Lake Geneva, WI 53147-3569 |
| 12353201 | + | Digital Ship, LLC, 2055 Limestone Road, Suite 200-C, Wilmington, DE 19808-5536 |
| 12353202 | + | Doxed, 3188 Vianey Pl, Green Cove Springs, FL 32043-7276 |
| 12353203 | | DxTech, BVI, Intgershore Chambers, Road Town, Tortola, British Virgin Islands |
| 12353204 | + | Efendale, c/o Aviso Legal Group, LLP, 4000 Barranca Parkway, Suite 250, Irvine, CA 92604-1713 |
| 12353205 | + | Emagined Security, Inc., 2816 San Simeon Way, San Carlos, CA 94070-3611 |
| 12353208 | + | Enhance Holdings, LLC, 30 N,. Gould St., Suite R, Sheridan, WY 82801-6317 |
| 12353211 | | Gibson, Dunn & Crutcher, LLP, 310 University Avenue, Palo Alto, CA 94301-1744 |
| 12353212 | + | Glow LLC, 65 River View Drive, Covington, GA 30014-7733 |
| 12353213 | | GroveToken Dubai, LLC, Almas Tower, Jumeirah Lakes Tower, P.O. Box 48800, Dubai UAE |
| 12353216 | | HMRC, 100 Parliament Street, Westminster, London, SW1A 2BQ United Kingdom |
| 12353219 | + | INFINITY 505, LLC, 1390 Brickell Avenue, Suite 200, Miami, FL 33131-3322 |
| 12353217 | + | Ibeify, 2105 Couch Street, Unit C, Houston, TX 77008-3094 |
| 12353218 | | Ibeify, LLC, 2105 Couch St. Unit C, TX |
| 12353220 | + | Kandji, 101 West Broadway, Suite 1440, San Diego, CA 92101-8215 |
| 12353221 | + | Lightspeed Crypto Services, LLC, 8175 Skystone Loop, Manassas, VA 20111-7235 |
| 12353222 | + | Live Crypto Party, 30 N. Gould Street, Suite R, Sheridan, WY 82801-6317 |
| 12353223 | + | Lukka, Inc., 800 Laurel Oak Drive, Unit 300, Naples, FL 34108-2713 |
| 12353225 | | MrAML, Suite 8, Block 2, Watergardens, Waterport Road, Gibraltar, GX11 1AA |
| 12353226 | + | Okta, Inc., 100 1st Street, San Francisco, CA 94105-2634 |
| 12353227 | | One Immortl UG, Rattenbergerstrasse 10, 81373 Munich, Germany |
| 12353231 | + | PlantHolt Advisory Group, 502 Washington Avenue, #600, Towson, MD 21204-4527 |
| 12353232 | + | Redflex Finance, 806 French St., New Orleans, LA 70124-3034 |
| 12353233 | | SDZ Holdings Pty Limited, 27 Macquarie Pl, Sydney NSW 2000, Australia |
| 12353236 | | Shido Inu, BLDHUGGARVAGEN 4 LGH, 1104 S-121 44 Johanneshov, Stockholm, Sweden |
| 12353238 | | Sopher International Taxation Limited, 2nd Floor Connaught House, 1-3 Mount St., Entrance Via Davies Street) London, United Kingdom W1K 3NB |
| 12353239 | | St. John Properties Utah, LLC, P.O. Box 69050, Baltimore, MD 21264-9050 |

| District/off: 1088-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: 309C | Total Noticed: 53 |

| | | |
|---|---|---|
| 12353240 | | Sum and Substance, Ltd., 30 St. Mary Axe, London, England EC3A 8BF |
| 12353241 | + | Swap TC Inc., 16192 Coastal Highway, Lewes, DE 19958-3608 |
| 12353242 | + | The Bandit Project, 2350 Beaver Ruin Rd., Norcross, GA 30071-4125 |
| 12353243 | | Travel Counsellors, Venus No. 1 Old Park Lane, Trafford City, Manchester, England, M41 7HA |
| 12353244 | | UAB AUDIFNA, A.Juozapaviciaus g. 6, LT-09310, Vilnius, Lithuania |
| 12353245 | + | VanderHouwen, 6342 South Macadam Avenue, Portland, OR 97239-3655 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mrose@mbt-law.com | Dec 15 2023 23:18:00 | Mark C. Rose, McKAY, BURTON & THURMAN, P.C., 15 West South Temple, Suite 1000, Salt Lake City, UT 84101 |
| 12353197 + | EDI: COMCASTCBLCENT | Dec 16 2023 04:16:00 | Comcast Business, 1701 JFK Boulevard, Philadelphia, PA 19103-2838 |
| 12353215 + | Email/Text: bankruptcynotices@gusto.com | Dec 15 2023 23:18:00 | Gusto, Inc., 525 20th Street, San Francisco, CA 94107-4345 |

TOTAL: 3

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12353207 | | Empire Finance Investment Company, 24 Al Ramlah St., Al Nahyan, Abu Dhabi 22227, Office 301 |
| 12353209 | | Flowdesk, 231 Rue Saint-Honore', 75001 PARIS |
| 12353210 | | Former Employees and Contractors |
| 12353224 | | MetFX, LLC, Spotted Sandpiper Street, Las Vegas, NV |
| 12353228 | | Pawthereum Foundation, Poortland 661046BD, Amsterdam |
| 12353229 | | Pige Inu, Metro Tj, Bunga, Kota Makassar, Sulawesi Selatan |
| 12353230 | | Pinar Ucar |
| 12353234 | | Sheridans, Seventy Six Wardour Street, London W1F, 0UR DX 138879 Mayfair |
| 12353237 | | Shift Markets, LLC, c/o The Financial Services Centre, P.O. Box 1823, StoneyGround, Kingstown, VC0100 |
| 12353246 | | Workland Vilnius UAB, Gedimino 20, Vilnius, GA 30000 |
| 12353206 | *+ | Emagined Security, Inc., 2816 San Simeon Way, San Carlos, CA 94070-3611 |
| 12353214 | * | GroveToken Dubai, LLC, Almas Tower, Jumeirah Lakes Tower, P.O. BOx 48800, Dubai UAE |
| 12353235 | ## | Shibnobi, Inc., P.O. Box 126, Walkersville, MD 21793-0126 |

TOTAL: 10 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2023           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 1088-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: 309C | Total Noticed: 53 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ellen Ostrow Tr | trustee.ostrow@foley.com  acardenas@foley.com;UT33@ecfbis.com |
| Mark C. Rose | on behalf of Debtor SafeMoon US  LLC mrose@mbt-law.com, markcroselegal@gmail.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3