**Form 726b** [Deficiency Notice Corp]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:  
　　SafeMoon US, LLC  
　　　　Debtor(s).

Case No. 23−25749 JTM  
Chapter 7

## DEFICIENCY NOTICE

　　The Chapter 7 Petition filed with the Court on 12/14/23 was incomplete and/or not accompanied by all lists, schedules, statements or other documents required by the United States Bankruptcy Code. Federal Rules of Bankruptcy Procedure 1007 and 2016 and Local Rule Bankruptcy Rule 1007−1 set forth specific papers that are required to be filed with the Court.

　　DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED:  
　　Declaration/Schedules Signatures, Statement of Financial Affairs and Schedules,  
　　Summary of Assets and Liabilities, Incomplete Filings due by 12/28/2023. 11 USC  
　　521(i) Deadline: 1/29/2024. (sjl)

　　**By the due date(s) specified above,** you must file the papers listed above with the Clerk of Court, United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, Utah 84101. The List of Creditors, if not filed with the Voluntary Petition, must be filed not later than two (2) days thereafter per Local Rule 1007−1(b). You may file a motion to extend the time for filing missing and/or deficient papers and a proposed order. Failure to timely comply may cause your case to be dismissed as described below.

　　Official Bankruptcy Forms are available at www.uscourts.gov/forms/bankruptcy−forms. The 100 series of forms are for individuals and the 200 series of forms are for non−individuals. If "Outdated/wrong series of forms" is listed as a deficiency, all documents must be filed/refiled using Official Form Series (100 or 200) dated 12/15.

　　If you fail to file all of the missing and/or deficient papers specified above by the date(s) indicated, the United States Trustee or a party in interest may file a motion and schedule a hearing to seek dismissal of your case.

Dated: December 15, 2023

　　　　　　　　　　　　　　　David A. Sime  
　　　　　　　　　　　　　　　Clerk of Court

United States Bankruptcy Court
District of Utah

| | |
|---|---|
| In re: | Case No. 23-25749-JTM |
| SafeMoon US, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 15, 2023 | Form ID: f726b | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + SafeMoon US, LLC, 2100 Pleasant Grove Boulevard, Suite 250, Pleasant Grove, UT 84062-3328 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2023                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ellen Ostrow Tr | trustee.ostrow@foley.com  acardenas@foley.com;UT33@ecfbis.com |
| Mark C. Rose | on behalf of Debtor SafeMoon US  LLC mrose@mbt-law.com, markcroselegal@gmail.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3