*Prepared and submitted by:*
Ellen E. Ostrow (#14743)
eostrow@foley.com
FOLEY & LARDNER LLP
95 State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900

Geoffrey S. Goodman (*Pro Hac Vice* forthcoming)
ggoodman@foley.com
FOLEY & LARDNER LLP
321 North Clark Street, Ste. 3000
Chicago, IL 60654
Telephone: 312.832.4514
*Proposed Attorneys for Chapter 7 Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: <br><br> **SAFEMOON US LLC,** <br><br> Debtor. | Bankruptcy Case No. 23-25749 <br> Chapter 7 <br><br> Honorable Joel T. Marker |

**ORDER GRANTING MOTION TO SHORTEN TIME FOR EXPEDITED HEARING ON MOTION OF ELLEN E. OSTROW, CHAPTER 7 TRUSTEE, FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363, AND 721 AUTHORIZING THE CHAPTER 7 TRUSTEE TO OPERATE THE DEBTOR'S BUSINESS ON A LIMITED BASIS EFFECTIVE AS OF THE PETITION DATE FOR THE SOLE PURPOSE OF (A) LIQUIDATING THE BUSINESS AND EMPLOYING THE DEBTOR'S FORMER EMPLOYEES AS INDEPENDENT CONTRACTORS AND TO PAY FOR SERVICES; AND (B) FOR ADDITIONAL RELIEF**

1

The Court, having considered the *Motion to Shorten Time for Expedited Hearing on Motion of Ellen E. Ostrow, Chapter 7 Trustee, For an Order Pursuant to 11 U.S.C. §§ 105, 363, and 721 Authorizing the Chapter 7 Trustee to Operate the Debtor's Business on a Limited Basis Effective as of the petition Date for the Sole Purpose of (A) Liquidating the business and Employing the Debtor's Former Employees as Independent Contractors and to Pay for Services; and (B) For Additional Relief* (the "**Motion to Shorten Time**"), filed on December 17, 2023, by Ellen E. Ostrow (the "**Trustee**"), the duly-appointed trustee in the above-entitled Chapter 7 bankruptcy case (the "**Bankruptcy Case**") filed by SafeMoon US LLC (the "**Debtor**"), by and through her undersigned proposed counsel, and good appearing, **ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED.

2. The *Motion of Ellen E. Ostrow, Chapter 7 Trustee, For an Order Pursuant to 11 U.S.C. §§ 105, 363, and 721 Authorizing the Chapter 7 Trustee to Operate the Debtor's Business on a Limited Basis Effective as of the petition Date for the Sole Purpose of (A) Liquidating the business and Employing the Debtor's Former Employees as Independent Contractors and to Pay for Services; and (B) For Additional Relief* (the "**Motion**") may be noticed for hearing on December 18, 2023, at 3:00 p.m. MT (the "**Hearing**").

3. Opposition to the Motion, if any, may be made at the hearing.

4. Time for notice of the Hearing is shortened to the extent that notice of the Hearing on the Motion shall be sufficient provided that, following entry of an order shortening notice, the Trustee serve notice of the hearing on the Motion, the Motion, and all supporting papers on the U.S. Trustee, Debtor, and counsel of record in the SEC Case and Class Action.

4863-5057-4743.2

5.      The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

--- END OF ORDER ---

4863-5057-4743.2

### **DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER**

Service of the foregoing ORDER GRANTING MOTION TO SHORTEN TIME FOR EXPEDITED HEARING ON MOTION OF ELLEN E. OSTROW, CHAPTER 7 TRUSTEE, FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363, AND 721 AUTHORIZING THE CHAPTER 7 TRUSTEE TO OPERATE THE DEBTOR'S BUSINESS ON A LIMITED BASIS EFFECTIVE AS OF THE PETITION DATE FOR THE SOLE PURPOSE OF (A) LIQUIDATING THE BUSINESS AND EMPLOYING THE DEBTOR'S FORMER EMPLOYEES AS INDEPENDENT CONTRACTORS AND TO PAY FOR SERVICES; AND (B) FOR ADDITIONAL RELIEF shall be served on the parties in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case, as identified below, are registered CM/ECF users.

**Mark C. Rose**  mrose@mbt-law.com
**United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov


/s/ *Ellen E. Ostrow*