**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF UTAH**

PDF FILE WITH AUDIO FILE ATTACHMENT

23-25749

SafeMoon US, LLC

Motion of Ellen E. Ostrow, Chapter 7 Trustee, for an Order Pursuant to 11 U.S.C. §§ 105, 363, and 721 Authorizing the Chapter 7 Trustee to Operate the Debtor's Business on a Limited Basis Effective as

| | |
|---|---|
| Case Type : | bk |
| Case Number : | 23-25749 |
| Case Title : | SafeMoon US, LLC |
| Audio Date\Time: | 12/18/2023 3:00:19 PM |
| Audio File Name : | 23-25749-JTM_20231218-150019.mp3 |
| Audio File Size : | 13770 KB |
| Audio Run Time : | [00:28:41] (hh:mm:ss) |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon.  Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public.  In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**