### *Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs*

SafeMoon US, LLC (the "Debtor" or "SFM"), as the debtor in this chapter 7 case, with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Utah (the "Court"), under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Bankruptcy Local Rules for the State of Utah.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

As a result of limited and incomplete information provided as well as limited record keeping, the Schedules and Statements may contain incomplete, incorrect, or omitted data. Many of the resources that are typically critical in preparing these statements are no longer available to the Debtor and its advisors either because of attrition or refusal to participate due to nonpayment of past due wages. As such, the responses here rely on what information is available and feedback from a select set of employees who are still cooperating with the Debtor.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with any financial reporting of the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflects the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

The Debtor and its agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtor or its agents, attorneys, and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and advisors are advised of the possibility of such damages.

Mr. Kenneth Ehrler, Chief Restructuring Officer of SFM, has signed each of the Schedules and Statements.  **Mr.** Ehrler is an authorized signatory for the Debtor.  In reviewing and signing the Schedules and Statements, **Mr.** Ehrler necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtor and its affiliates, senior management of the Debtor and its advisors.  **Mr.** Ehrler has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## **Global Notes and Overview of Methodology**

1.      **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, but inadvertent errors or omissions may exist.  The Debtor reserves all rights to:  (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to the description or designation of any claim ("Claim")[1]; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (iv) object to the extent, validity, enforceability, priority, or avoidability of any Claim (regardless of whether of such Claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated").  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of liability by the Debtor.   Furthermore, nothing contained in the Schedules and  Statements shall constitute a waiver of rights with respect to the Debtor's chapter 7 case, including, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements.

2.      **Description of Cases and "As Of" Information Date**.  On December 14, 2023 (the "Petition Date"), the Debtor filed for relief under chapter 7 of the Bankruptcy Code.

The asset and liability information provided herein represents the liability data of the Debtor as of the Petition Date, except as otherwise noted.

---

[1]     For the purposes of these Global Notes, the term Claim shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

3.  **Recharacterization**.  Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's businesses.  Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available.

4.  **Insiders**.  For purposes of the Schedules and Statements, the Debtor defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; and (e) non-Debtor affiliates of the foregoing.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtor does not take any position with respect to:  (a) any insider's influence over the control of the Debtor; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

5.  **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.   Accordingly, the Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

6.  **Executory Contracts**. Although the Debtor made reasonable efforts to source executory contracts, in certain instances, the Debtor may have inadvertently failed to do so due to the complexity and size of the Debtor's businesses.  Accordingly, the Debtor reserves all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

7.  **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's

rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

8.   **Claims Description**. Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any Claim reflected on its respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtor expressly reserves all of its rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

9.   **Causes of Action**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including causes of action that are required to be kept confidential and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

10.   **Bank Accounts**. The Debtor does not have any bank accounts in its name, and cash is co-mingled in a single account held at FV Bank in the name of the Debtor's parent entity (Ronin Crypto Group LC). There is a closed account from CitiBusiness with potential checks outstanding from another non-debtor account (Ronin Real Estate Holdings LC). The Debtor is not in physical possession of the outstanding checks from the CitiBusiness account, and FV Bank has issued an account closing notice requesting instructions to transfer funds to another account owned by Ronin Crypto Group LC. Prior to the FV Bank account, the Debtor also had a bank account at the Central Bank of Utah. However, the Debtor does not have details of the account or records of bank transactions that occurred. The Debtor only has access to FV Bank records, beginning on July 6, 2023, and does not have access to reporting on the CitiBusiness account or for any potential other bank accounts held by debtor or non-debtor entities prior to FV Bank.

11.      **Crypto Holdings and Transactions**: The Debtor operates an online cryptocurrency exchange for users to buy and sell both the Debtor's SafeMoon token and non-SafeMoon tokens. The Debtor does not have detailed accounting of inbound or outbound crypto transactions, and has not produced financial reporting or reconciliation of its crypto assets and potential liabilities. For these schedules and statements, crypto balances are based on reporting from the Debtor's Fireblocks account, information from Debtor personnel regarding its BitMart Wallet, and publicly-reported liquidity figures for the liquidity pools (contract IDs) the Debtor maintains. There is the possibility that this information is inaccurate or incomplete, however absent a full forensic investigation there exists no better information. As the Debtor did not provide an accounting of its crypto transactions, reporting for SOFA 3 and 4 exclude potential crypto-denominated payments to third parties or insiders.

12.      **Employees and Payroll**. Workers in the United States are employed by SafeMoom Approvals LLC on behalf of SafeMoon US LLC, while international workers are employed by multiple non-debtor entities. All workers, regardless of the entity employing them, collectively perform work in service of products and services owned by SafeMoon US LLC and other non-debtor entities. There are also international workers employed or contracted by non-debtor entities who also service SafeMoon US LLC. All worker-related payroll and wage claims have been included, with potential non-debtor contracted workers marked as contingent claims. Claims are estimated based on available information on wages due through filing.

13.      **Books and Records**. The Debtor does not maintain accounting books and records on a regular basis. At the time of filing, work had begun on preparing 2022 financials, including a period from 2021, but that audit had not completed. There are no financial records (e.g., income statement, balance sheet, or cash flow statement) available for 2023. All records reported in these schedules and statements are based on information by management, however, there has been no way to independently verify or validate the information.

14.      **SOFA Q3, Q4.** The Debtor only has access to records from FV Bank transactions beginning July 2023. It is the Debtor's understanding that this comprises all payments within the 90 days prior to filing, however, includes payments for non-Debtor entities and vendors as all cash is consolidated in one bank account, and the Debtor does not maintain accounts payable or invoice records. The response for SOFA Q4 is based on guidance from the Debtor's Director of People Services and Talent Development regarding amounts paid to insiders for the year prior to filing but has not been independently verified due to the lack of data availability.

**Fill in this information to identify the case:**

Debtor name   **SafeMoon US, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **23-25749**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 22, 2023**          X **/s/ Kenneth Ehrler**
                                                Signature of individual signing on behalf of debtor

                                                **Kenneth Ehrler**
                                                Printed name

                                                **Chief Restructuring Officer**
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **SafeMoon US, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **23-25749**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................   $     17,378,587.78

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................   $     17,378,587.78

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     419,935.66

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$     484,802.67

4.   Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b    $     904,738.33

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|
| Debtor name   **SafeMoon US, LLC** |
| United States Bankruptcy Court for the:   DISTRICT OF UTAH |
| Case number (if known)   **23-25749** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **FV Bank International, Inc.  (this account is in the name of Ronin Crypto Group, LC)** | Checking (USD) | 1130 | $1,313,425.00 |
| 3.2. | **CitiBusiness Account Checks (checks came from an account in the name of Ronin Crypto Group, LC.  Debtor is not certain where these checks are located).** | | | $2,821,342.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $4,134,767.00

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Rental Security Deposit: $11,688.75 (Florida location [40 SW 13th])** | $11,688.75 |
|---|---|---|

Debtor   **SafeMoon US, LLC**                                          Case number *(If known)*  **23-25749**
          Name

| | |
|---|---|
| 7.2.   **Rental Security Deposit: $18,897.88 (Utah location)** | $18,897.88 |

| | |
|---|---|
| 7.3.   **Rental Security Deposit: $3,750 (Florida location [185 SE 14th])** | $3,750.00 |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

| | |
|---|---|
| 8.1.   **Prepayment of rent for Florida location: $11,250 (Florida location [185 SE 14th])** | $11,250.00 |

9.      **Total of Part 2.**                                                        **$45,586.63**
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                      % of ownership | | |
| 15.1.   **Anonymous Key Technology, Inc.**          20    % | | Unknown |
| 16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17.   **Total of Part 4.**                                                       **$0.00**
      Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

Debtor   **SafeMoon US, LLC**                                      Case number *(If known)*  **23-25749**
Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Merchandise | | $1,000.00 | Liquidation | $1,000.00 |
| 22. | **Other inventory or supplies** | | | | |

23.   **Total of Part 5.**                                      | $1,000.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** Tables, desks, chairs, and other standard office equipment. | Unknown | | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Laptops, computers, monitors, phone, and video production equipment. | Unknown | | Unknown |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor    **SafeMoon US, LLC**
Name

Case number *(If known)*  **23-25749**

43.    **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Jeep Gladiator | Unknown | | Unknown |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.    **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse, | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | **SafeMoon US, LLC** | Case number *(If known)* **23-25749** |
|---|---|---|
| | Name | |

apartment or office building, if available.

| | | | | |
|---|---|---|---|---|
| 55.1. | **2100 West Pleasant Grove Boulevard, Pleasant Grove, Utah 84062** | Leasehold | $0.00 | $0.00 |
| 55.2. | **40 SW 13th St, Suite 505, Miami Florida 33130** | Leasehold | $0.00 | $0.00 |
| 55.3. | **Lithuania Office (location not yet known)** | Leasehold | $0.00 | $0.00 |

56. **Total of Part 9.** $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Various granted and in-process patents related to encryption | Unknown | | Unknown |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
■ Yes

Debtor    **SafeMoon US, LLC**                                    Case number *(If known)*  **23-25749**
　　　　　Name

68.　　　**Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　　　　■ No
　　　　　☐ Yes

69.　　　**Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　　　　　☐ No
　　　　　■ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　☐ No.  Go to Part 12.
　　■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71.　　　**Notes receivable**
　　　　　Description (include name of obligor)

72.　　　**Tax refunds and unused net operating losses (NOLs)**
　　　　　Description (for example, federal, state, local)

73.　　　**Interests in insurance policies or annuities**

74.　　　**Causes of action against third parties (whether or not a lawsuit has been filed)**

75.　　　**Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.　　　**Trusts, equitable or future interests in property**

77.　　　**Other property of any kind not already listed** *Examples:* Season tickets, country club membership
　　　　　**See Exhibit 1, attached hereto and incorporated herein by this reference.**                                    $13,197,234.15

78.　　　**Total of Part 11.**                                    $13,197,234.15
　　　　　Add lines 71 through 77. Copy the total to line 90.

79.　　　**Has any of the property listed in Part 11 been appraised by a professional within the last year?**
　　　　　■ No
　　　　　☐ Yes

Debtor **SafeMoon US, LLC**
Name

Case number *(If known)* **23-25749**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,134,767.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $45,586.63 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,197,234.15 | |
| 91. **Total.** Add lines 80 through 90 for each column | $17,378,587.78 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $17,378,587.78 |

# EXHIBIT 1

**Schedules AB, Question 77: Other Property of Any Kind Not Already Listed**

Note: Assumes SFM token has no value

| Ticker | Quantity | 12/14 Price | Est. Value |
|---|---|---|---|
| WBNB | 13,971 | $ 253.54 | $ 3,542,244.83 |
| USDC | 2,183,563 | $ 1.00 | $ 2,183,344.89 |
| WETH | 941 | $ 2,316.58 | $ 2,179,544.73 |
| MATIC | 1,769,914 | $ 0.884100 | $ 1,564,780.96 |
| USDT | 1,079,751 | $ 1.00 | $ 1,079,967.13 |
| WBTC | 21 | $ 43,023.97 | $ 897,625.56 |
| ETH | 336 | $ 2,316.58 | $ 777,260.69 |
| WMATIC | 655,058 | $ 0.88410 | $ 579,137.06 |
| BNB | 454 | $ 253.54 | $ 115,037.94 |
| PEPE | 76,387,768,553 | $ 0.00000 | $ 106,179.00 |
| BIFI | 100 | $ 380.11 | $ 38,105.65 |
| HOD | 15,230,807 | $ 0.00300 | $ 45,722.88 |
| ADA | 66,466 | $ 0.64350 | $ 42,770.59 |
| CAKE | 8,364 | $ 2.42420 | $ 20,275.98 |
| SHIB | 1,916,840,225 | $ 0.00001 | $ 19,513.43 |
| LINK | 341 | $ 15.39000 | $ 5,245.22 |
| DIS | 1,000 | $ 0.259800 | $ 259.80 |
| BMX | 1,400 | $ 0.15000 | $ 209.99 |
| BUSD | 5 | $ 1.002000 | $ 5.48 |
| PLT | 1 | $ 1.480000 | $ 1.48 |
| HSF | 1 | $ 0.487437 | $ 0.49 |
| MTV | 100 | $ 0.00176 | $ 0.18 |
| ENG | 17 | $ 0.00477 | $ 0.08 |
| LUNCARMY | 12,000,000 | $ 0.00000 | $ 0.04 |
| WALV | 1 | $ 0.03134 | $ 0.03 |
| CBIX-P | 5 | $ 0.00350 | $ 0.02 |
| IRENA | 1,114 | $ 0.00001 | $ 0.01 |
| SHEESHA | 0 | $ 4.17000 | $ 0.00 |
| SBG | 199 | $ 0.00000 | $ 0.00 |
| YCH | 2 | $ 0.00008 | $ 0.00 |
| FWC | 1,001,000 | $ 0.00000 | $ 0.00 |
| SQUIDGROW | 69 | $ 0.00000 | $ 0.00 |
| XSHIB | 1,279 | $ 0.00000 | $ 0.00 |
| GAIN$ | 1 | $ - | $ - |
| SFM | 221,339,234,054 | $ - | $ - |
| IMRTL | 788,242,000 | $ - | $ - |
| **Total** | | | $ 13,197,234.15 |

**Fill in this information to identify the case:**

Debtor name    **SafeMoon US, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **23-25749**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **SafeMoon US, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **23-25749**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

**Former Employees and Contractors**
**See Exhibit 2, attached hereto and incorporated herein by this reference.**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages and Contractor Fees.  For security purposes, former employees and contractors will be provided notice of this case sperately.**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$399,923.53**   Priority amount **$399,923.53**

---

**2.2** | Priority creditor's name and mailing address

**HMRC**
**100 Parliament Street**
**Westminster, London**
**SW1A 2BQ United Kingdom**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$20,012.13**   Priority amount **$0.00**

| Debtor | **SafeMoon US, LLC** | Case number (*if known*) | **23-25749** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address
**Internal Revenue Service**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number **NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown   Unknown**

---

**2.4**

Priority creditor's name and mailing address
**Utah State Tax Commission**
**Attn Legal Processes Unit**
**210 North 1950 West**
**Salt Lake City, UT 84134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number **NOTICE ONLY**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Unknown   Unknown**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

Nonpriority creditor's name and mailing address
**Adamson & Hoggan, LLC**
**d.b.a. Hogan Lee Hutchinson**
**257 East 200 South, Suite 1050**
**Salt Lake City, UT 84111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Is the claim subject to offset? ■ No   ☐ Yes

**$3,294.50**

---

**3.2**

Nonpriority creditor's name and mailing address
**Aegis Systems Canada, Inc.**
**2179 11 Ave**
**Vernon, BC V1T 8V7**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consulting**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.3**

Nonpriority creditor's name and mailing address
**Anonymous Key Technology, Inc.**
**2179 11th Ave**
**Vernon, BC V1T 8V7**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Technology Services**

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| Debtor | **SafeMoon US, LLC** | | Case number (if known) | **23-25749** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Audifina**
**A. Juozapavicious st. 6**
**Vilnius, Lithuania 09310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benjamin Northey**
**c/o John Jasnoch**
**600 West Broadway, Suite 3300**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ **Lawsuit.**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Braden John Karony**
**c/o Clayton Simms, Esq.**
**9 Exchange Place, #600**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ **NOTICE ONLY**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,473.78** |
|---|---|---|---|

**CentreSource, Inc.**
**1313 4th Avenue N**
**Nashville, TN 37208-2715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,318.75** |
|---|---|---|---|

**Edendale**
**c/o Aviso Legal Group, LLP**
**4000 Barranca Parkway, Suite 250**
**Irvine, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,025.00** |
|---|---|---|---|

**Emagined Security, Inc.**
**2816 San Simeon Way**
**San Carlos, CA 94700**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,648.30** |
|---|---|---|---|

**Gibson, Dunn & Crutcher, LLP**
**310 University Avenue**
**Palo Alto, CA 94301-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _ **Legal Fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SafeMoon US, LLC** | | Case number (if known) | **23-25749** |
|---|---|---|---|---|
| | Name | | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$177,864.67**

**Gusto, Inc.**
**525 20th Street**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll Processing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Human Interest**
**655 Montgomery Street, Suite 1800**
**San Francisco, CA 94111**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY.  401(k) Provider.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,500.00**

**Ibeify**
**2105 Couch Street, Unit C**
**Houston, TX 77008**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cybersecurity Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,394.00**

**Jackson Lewis, PLLC**
**215 South State Street, Suite 760**
**Salt Lake City, UT 84111**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Kyle Nagy**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Lynn Spraggs**
**Robert Spraggs**
**2179 11th Ave**
**Vernon, BC V1T 8V7**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Manning Curtis Bradshaw & Bednar, PLLC**
**201 South Main Street, Suite 750**
**Salt Lake City, UT 84111**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SafeMoon US, LLC** | Case number (if known) | **23-25749** |
|---|---|---|---|
| | Name | | |

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Mark Combs**
**c/o John Jasnoch**
**600 West Broadway, Suite 3300**
**San Diego, CA 92101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**MrAML**
**Suite 8, Block 2, Watergardens**
**Waterport Road**
**Gibraltar, GX11 1AA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt.__

Is the claim subject to offset? ■ No ☐ Yes

**$2,289.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Name on file**
**Address on file**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages__

Is the claim subject to offset? ■ No ☐ Yes

**$43,635.33**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Name on file**
**Address on file**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages__

Is the claim subject to offset? ■ No ☐ Yes

**$19,669.24**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Name on file**
**Address on file**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages__

Is the claim subject to offset? ■ No ☐ Yes

**$3,338.51**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Name on file**
**Address on file**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages__

Is the claim subject to offset? ■ No ☐ Yes

**$27,205.73**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Name on file**
**Address on file**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Wages__

Is the claim subject to offset? ■ No ☐ Yes

**$15,619.24**

---

| Debtor | **SafeMoon US, LLC** | Case number (if known) | **23-25749** |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,159.24**

**Name on file**
**Address on file**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$234.62**

**Name on file**
**Address on file**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$234.62**

**Name on file**
**Address on file**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,253.76**

**Name on file**
**Address on file**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

**PlantHolt Advisory Group**
**502 Washington Avenue, #600**
**Towson, MD 21204**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advisory Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ronin Crypto Group, LC**
**c/o Curtis H. Wolthuis**
**2100 West Pleasant Grove Boulevard, #250**
**Pleasant Grove, UT 84062**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ronin Energy Group, LC**
**c/o Curtis H. Wolthuis**
**2100 West Pleasant Grove Boulevard, #250**
**Pleasant Grove, UT 84062**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SafeMoon US, LLC** | | | Case number (if known) | **23-25749** |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ronin Money Transfer of Operations, LC**
**c/o Curtis H. Wolthuis**
**2100 West Pleasant Grove Boulevard, #250**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ronin Real Estate Holdings, LC**
**c/o Curtis H. Wolthuis**
**2100 West Pleasant Grove Boulevard, #250**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SafeMoom Approvals, LLC**
**c/o Trevor Lee**
**1225 Deer Valley Drive, Suite 201**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SafeMoon Media Compnay Limited**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SafeMoon, LLC**
**c/o Curtis H. Wolthuis**
**2100 West Pleasant Grove Blvd., Suite 25**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,670.63** |
|---|---|---|---|

**Sheridans**
**Seventy Six Wardour Street**
**London W1F**
**0UR DX 138879 Mayfair**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State of Utah**
**Office of the Attorney General**
**P.O. Box 14320**
**Salt Lake City, UT 84114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SafeMoon US, LLC** | Case number (if known) | **23-25749** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas Glen Smith**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,573.75** |
|---|---|---|---|

**Travel Counsellors**
**Venus No. 1 Old Park Lane**
**Trafford City, Manchester**
**England, M41 7HA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**United Healthcare**
**12921 S Vista Station Blvd, Suite 200**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Health Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,400.00** |
|---|---|---|---|

**VanderHouwen**
**6342 South Macadam Avenue**
**Portland, OR 97239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **IT Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Vlad Iacob**
**c/o John Jasnoch**
**600 West Broadway, Suite 3300**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Federal Defenders of New York**<br>**c/o Jeff Dahlbert & Kathryn Wozencroft**<br>**One Pierrepont Plaza, 16th Floor**<br>**Brooklyn, NY 11201** | Line  **3.39**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Gibson Dunn & Crutcher, LLP**<br>**c/o Michael Kahn and Jacob Arber**<br>**One Embarcadero Center, Suite 2600**<br>**San Francisco, CA 94111** | Line  **3.36**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **SafeMoon US, LLC** | | Case number (if known) | **23-25749** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Hatch Law Group**<br>**Brent O. Hatch**<br>**22 East 100 South, Suite 400**<br>**Salt Lake City, UT 84111** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Hatch Law Group**<br>**22 East 100 South, Suite 400**<br>**Salt Lake City, UT 84111** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Hatch Legal Group**<br>**22 East 100 South, Suite 400**<br>**Salt Lake City, UT 84111** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Internal Revenue Service**<br>**Department of Treasury**<br>**324 25th Street**<br>**Ogden, UT 84201** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Jackson Lewis, PLLC**<br>**c/o Aileen Gainsante**<br>**1133 Westchester Avenue, Suite S125**<br>**West Harrison, NY 10604** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Manning Curtis Bradshaw & Bendar**<br>**c/o Alan Bradshaw and Chad R. Derum**<br>**201 South Main Street, Suite 750**<br>**Salt Lake City, UT 84111** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Parsons Behle & Latimer**<br>**c/o Thomas R. Barton**<br>**201 South Main Street, Suite 1800**<br>**Salt Lake City, UT 84111** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Peterillo Klein & Boxer, LLP**<br>**c/o Adam Schuman and Caelyn Stephens**<br>**655 Third Avenue, 22nd Floor**<br>**New York, NY 10017** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Scott Attorneys at Law**<br>**c/o Sean T. Masson**<br>**230 PArk Avenue, 17th Floor**<br>**New York, NY 10169** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Scott Attorneys at Law**<br>**c/o Sean T. Masson**<br>**230 PArk Avenue, 17th Floor**<br>**New York, NY 10169** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Scott Attorneys at Law**<br>**c/o Sean T. Masson**<br>**230 Park Avenue, 17th Floor**<br>**New York, NY 10169** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 419,935.66 |
| 5b. Total claims from Part 2 | 5b. | + $ | 484,802.67 |

Debtor    **SafeMoon US, LLC**
_____
Name

Case number (*if known*)    **23-25749**
_____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **904,738.33**

# EXHIBIT 2

**Schedule E/F: Part 1: List of all Creditors with Priority Unsecured Claims**

| Name of Creditor | Creditor Address | Nature of Claim | CUD | Debtor Entity | Priority Claim |
|---|---|---|---|---|---|
| Name on File | Address on File | Wages | | SafeMoon US LLC | 12,000.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 8,461.54 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 5,796.29 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 250.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 4,499.20 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 6,204.75 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 13,076.92 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 750.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 9,769.24 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 852.50 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 4,615.38 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 12,153.84 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 9,954.50 |
| Name on File | Address on File | Wages | C | SafeMoon US LLC | 15,150.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 6,321.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 15,150.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 15,150.00 |
| Name on File | Address on File | Wages | C | SafeMoon US LLC | 15,150.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 15,150.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 574.19 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 1,600.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 5,538.46 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 4,615.38 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 4,499.20 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 9,615.38 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 11,153.84 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 510.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 500.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 1,691.38 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 3,846.16 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 9,170.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 11,602.50 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 250.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 6,525.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 12,700.00 |
| Name on File | Address on File | Wages | C | SafeMoon US LLC | 1,183.68 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 750.00 |
| Name on File | Address on File | Wages | C | SafeMoon US LLC | 15,150.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 500.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 5,600.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 7,836.30 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 13,282.50 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 500.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 1,500.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 3,440.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 750.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 250.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 2,400.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 250.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 888.30 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 250.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 11,634.58 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 15,150.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 13,650.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 1,576.81 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 15,150.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 12,253.17 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 4,561.54 |
| Name on File | Address on File | Wages | C | SafeMoon US LLC | 15,150.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 920.00 |
| Name on File | Address on File | Wages | | SafeMoon US LLC | 500.00 |
| **Total** | | | | | **399,923.53** |

**Fill in this information to identify the case:**

Debtor name    **SafeMoon US, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **23-25749**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest — **Token listing.** | |
| State the term remaining | |
| List the contract number of any government contract | **Affinity Innovations, LLC**<br>**401 Ryland St. Suite 200-A**<br>**Reno, NV 89502** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest — **Web Services** | |
| State the term remaining | |
| List the contract number of any government contract | **Amazon Web Services**<br>**410 Terry Ave. North**<br>**Seattle, WA 98109** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest — **Merchandising license agreement including T-shirts, Longsleeve T-shirts, Hoodies and Sweatshirts, Outerwear, Pants, Shorts, Polos, Hats, Bags, Pins, Stickers, Drinkware, Pet Accessories and Posters** | |
| State the term remaining | |
| List the contract number of any government contract | **AREA 801, LLC**<br>**1516 S. Daniel Road**<br>**Heber City, UT 84032** |

Debtor 1    **SafeMoon US, LLC**
            First Name            Middle Name            Last Name                      Case number *(if known)*    **23-25749**

## ▉ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.4.** | State what the contract or lease is for and the nature of the debtor's interest | **Application development services on IOS, Android and Web** |
| | State the term remaining | **Baanx Group Limited** |
| | List the contract number of any government contract | **Level 18, 40 Bank Street, Canary Wharf London United Kingdom E14 5NR** |
| **2.5.** | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** |
| | State the term remaining | **BeatPlaylist LTD** |
| | List the contract number of any government contract | **184 McIntock Street North Wellington, IL 60370** |
| **2.6.** | State what the contract or lease is for and the nature of the debtor's interest | **Healthcare brokerage and consulting services.** |
| | State the term remaining | **Bennie Health, Inc.** |
| | List the contract number of any government contract | **700 Canal Street Stamford, CT 06902** |
| **2.7.** | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** |
| | State the term remaining | **BetSwamp** |
| | List the contract number of any government contract | **6208 Watermark Dr. Riverview, FL 33568** |
| **2.8.** | State what the contract or lease is for and the nature of the debtor's interest | **Professional services, service management (aka managed services) and product licensing** |
| | State the term remaining | **BeyondID, Inc.** |
| | List the contract number of any government contract | **535 Mission Street, 14th Floor San Francisco, CA 94105** |

Debtor 1  **SafeMoon US, LLC**
  First Name       Middle Name       Last Name

Case number (*if known*)  **23-25749**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Token Listing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Blockbusters Tech, Inc.**<br>**180 South 100 West, #732**<br>**Pleasant Grove, UT 84062** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Customer service trade vendor** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Center Source Incorporated**<br>**1313 4th Avenue N.**<br>**Nashville, TN 37208** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Crypto Incident Response** |
|---|---|---|
| | State the term remaining | **3/28/2024** |
| | List the contract number of any government contract | **Chainalysis**<br>**114 5th Avenue, 18th Floor**<br>**New York, NY 10011** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Telecom services including businnes internet** |
|---|---|---|
| | State the term remaining | **2/10/2025** |
| | List the contract number of any government contract | **Comcast Business**<br>**1701 JFK Boulevard**<br>**Philadelphia, PA 19103** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **CrogeCoin, LLC**<br>**N45W33324 Emley Drive**<br>**Nashotah, WI 53058** |

Debtor 1   **SafeMoon US, LLC** _____     Case number (*if known*)   **23-25749**
_____ First Name   _____ Middle Name   _____ Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **Cryft, LLC** |
| | List the contract number of any government contract | | **N2734 Skyline Dr.** **Lake Geneva, WI 53147** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **CryftCards** |
| | List the contract number of any government contract | | **N2734 Skyline Drive** **Lake Geneva, WI 53147** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **Digital Ship, LLC** |
| | List the contract number of any government contract | | **2055 Limestone Road, Suite 200-C** **Wilmington, DE** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **Doxed** |
| | List the contract number of any government contract | | **3188 Vianey Pl** **Green Cove Springs, FL** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **DxTech, BVI** |
| | List the contract number of any government contract | | **Intgershore Chambers, Road Town** **Tortola** **British Virgin Islands** |

Debtor 1   **SafeMoon US, LLC**
_____
First Name   Middle Name   Last Name

Case number (*if known*)   **23-25749**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Various engineering and enhancement support services.** | |
|---|---|---|---|
| | State the term remaining | | **Emagined Security, Inc.** |
| | List the contract number of any government contract | | **2816 San Simeon Way** **San Carlos, CA 94070** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **Empire Finance Investment Company** |
| | List the contract number of any government contract | | **24 Al Ramlah St., Al Nahyan** **Abu Dhabi 22227** **Office 301** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Token Listing** | |
|---|---|---|---|
| | State the term remaining | | **Enhance Holdings, LLC** |
| | List the contract number of any government contract | | **30 N,. Gould St., Suite R** **Sheridan, WY 82801** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Market making, brokerage and custody services** | |
|---|---|---|---|
| | State the term remaining | | **Flowdesk** |
| | List the contract number of any government contract | | **115 West 18th Street, #03-111** **New York, NY 10011** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **Glow LLC** |
| | List the contract number of any government contract | | **65 River View Drive** **Covington, GA 30014** |

| Debtor 1 | SafeMoon US, LLC | | | Case number (*if known*) | **23-25749** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud Services** | |
|---|---|---|---|
| | State the term remaining | | **Google** |
| | List the contract number of any government contract | | **1600 Amphitheatre Parkway Mountain View, CA 94043** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **GroveToken Dubai, LLC Almas Tower, Jumeirah Lakes Tower P.O. BOx 48800** |
| | List the contract number of any government contract | | **Dubai UAE** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering and architect resource services** | |
|---|---|---|---|
| | State the term remaining | **12/31/2023** | |
| | List the contract number of any government contract | | **Ibeify, LLC 2105 Couch St. Unit C TX** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Independant Contractors** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Independant Contractors [names and addresses on file]** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Miami office at 40 SW 13th Street, Miami, Florida 33130** | |
|---|---|---|---|
| | State the term remaining | **1/31/2024** | |
| | List the contract number of any government contract | | **INFINITY 505, LLC 1390 Brickell Avenue, Suite 200 Miami, FL 33131** |

Debtor 1   **SafeMoon US, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **23-25749**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.29.** State what the contract or lease is for and the nature of the debtor's interest

**Device management services.**

State the term remaining

List the contract number of any government contract

**Kandji**
**101 West Broadway, Suite 1440**
**San Diego, CA 92101**

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest

**Token listing**

State the term remaining

List the contract number of any government contract

**Lightspeed Crypto Services, LLC**
**8175 Skystone Loop**
**Manassas, VA 20111**

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest

**Token Listing**

State the term remaining

List the contract number of any government contract

**Live Crypto Party**
**30 N. Gould Street, Suite R**
**Sheridan, WY**

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest

**Data analysis suport and other IT services**

State the term remaining

List the contract number of any government contract

**Lukka, Inc.**
**800 Laurel Oak Drive, Unit 300**
**Naples, FL 34108**

---

**2.33.** State what the contract or lease is for and the nature of the debtor's interest

**Token listing**

State the term remaining

List the contract number of any government contract

**MetFX, LLC**
**3501 Spotted Sandpiper Street**
**Las Vegas, NV 89122**

---

Debtor 1  **SafeMoon US, LLC**                                                        Case number (*if known*)  **23-25749**
<u> </u>
First Name          Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Various cybersecurity services.** | |
|---|---|---|---|
| | State the term remaining | **12/19/2023** | **Okta, Inc.** |
| | List the contract number of any government contract | | **100 1st Street**<br>**San Francisco, CA 94105** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **One Immortl UG** |
| | List the contract number of any government contract | | **Rattenbergerstrasse 10**<br>**81373 Munich**<br>**Germany** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **Pawthereum Foundation** |
| | List the contract number of any government contract | | **Poortland 661046BD**<br>**Amsterdam** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **Pige Inu** |
| | List the contract number of any government contract | | **Metro Tj, Bunga, Kota Makassar**<br>**Sulawesi Selatan** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Miami apartment for company employees at 185 SE 14th Ter, Miami, FL 33131.** | |
|---|---|---|---|
| | State the term remaining | **9/15/2024** | |
| | List the contract number of any government contract | | **Pinar Ucar** |

| Debtor 1 | SafeMoon US, LLC | | | Case number (*if known*) | **23-25749** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Token Listing** | |
|---|---|---|---|
| | State the term remaining | | **Redflex Finance** |
| | List the contract number of any government contract | | **806 French St.** **New Orleans, LA 70124** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **SDZ Holdings Pty Limited** **27 Macquarie Pl** |
| | List the contract number of any government contract | | **Sydney NSW 2000** **Australia** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **Shibnobi, Inc.** **P.O. Box 126** |
| | List the contract number of any government contract | | **Walkersville, MD 21793-0126** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
|---|---|---|---|
| | State the term remaining | | **Shido Inu** **BLDHUGGARVAGEN 4 LGH** |
| | List the contract number of any government contract | | **1104 S-121 44 Johanneshov** **Stockholm, Sweden** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Various IT services including UI development and IT support.** | |
|---|---|---|---|
| | State the term remaining | | **Shift Markets, LLC** **c/o The Financial Services Centre** |
| | List the contract number of any government contract | | **P.O. Box 1823, StoneyGround** **Kingstown, VC0100** |

Debtor 1   **SafeMoon US, LLC**                                          Case number *(if known)*   **23-25749**
           First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Tax Advice services** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sopher International Taxation Limited**<br>**2nd Floor Connaught House, 1-3 Mount St.**<br>**(Entrance Via Davies Street) London**<br>**United Kingdom W1K 3NB** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Utah office space at 2100 West Pleasant Grove Boulevard, Pleasant Grove, Utah 84062.** | |
| | State the term remaining | **3/31/2029** | |
| | List the contract number of any government contract | | **St. John Properties Utah, LLC**<br>**P.O. Box 69050**<br>**Baltimore, MD 21264-9050** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Quantitative risk assessment services** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sum and Substance, Ltd.**<br>**30 St. Mary Axe**<br>**London**<br>**England EC3A 8BF** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Swap TC Inc.**<br>**16192 Coastal Highway**<br>**Lewes, DE 19958** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Token listing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Bandit Project**<br>**2350 Beaver Ruin Rd.**<br>**Norcross, GA 30071** |

Debtor 1  **SafeMoon US, LLC**
First Name        Middle Name        Last Name

Case number (*if known*)  **23-25749**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Financial accounting services.** | |
|---|---|---|---|
| | State the term remaining | | **UAB AUDIFNA** |
| | List the contract number of any government contract | | **A.Juozapaviciaus g. 6, LT-09310** **Vilnius, Lithuania** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Office services** | |
|---|---|---|---|
| | State the term remaining | **8/31/2024** | **Workland Vilnius UAB** |
| | List the contract number of any government contract | | **Gedimino 20, Vilnius** |

**Fill in this information to identify the case:**

Debtor name        **SafeMoon US, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **23-25749**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor name   **SafeMoon US, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **23-25749**

☐ Check if this is an
amended filing

---

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $70,000.00 |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other  **Amount listed is for 2021 and 2022** | $5,421,944.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |
   | 3.1.   **See Exhibit 3, attached hereto and incorporated herein by this reference** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

| Debtor | **SafeMoon US, LLC** | Case number *(if known)* **23-25749** |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Employee**<br>**(Name not disclosed for safety)** | **Various** | **$76,908.00** | **Salary/wages and/or reimbursement of business expenses.** |
| 4.2. **Employee**<br>**(Name not disclosed for safety)** | **Various** | **$300,000.00** | **Salary/wages and/or reimbursement of business expenses.** |
| 4.3. **Employee**<br>**(Name not disclosed for safety)** | **Various** | **$244,800.00** | **Salary/wages and/or reimbursement of business expenses.** |
| 4.4. **Employee**<br>**(Name not disclosed for safety)** | **Various** | **$300,000.00** | **Salary/wages and/or reimbursement of business expenses.** |
| 4.5. **Employee**<br>**(Name not disclosed for safety)** | **Various** | **$255,667.00** | **Salary/wages and/or reimbursement of business expenses.** |
| 4.6. **Employee**<br>**(Name not disclosed for safety)** | **Various** | **$367,500.00** | **Salary/wages and/or reimbursement of business expenses.** |
| 4.7. **Employee**<br>**(Name not disclosed for safety)** | **Various** | **$51,272.00** | **Salary/wages and/or reimbursement of business expenses.** |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Tive Fulfillment**<br>**Unit 1, Cirencester Business Estate**<br>**Love Lane**<br>**Cirencester, UK** | **SafeMoon US, LLC merchandise in the possession of non-debtor entity.** | | $202.69 |

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

| Debtor | **SafeMoon US, LLC** | Case number *(if known)* **23-25749** |
|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Combs, et al v. SafeMoon, LLC, et al**<br>**22-cv-00642** | **Class Action** | **United States District Court (Utah)**<br>**351 South West Temple**<br>**Salt Lake City, UT 84101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Securities and Exchange Commission v. SafeMoon, LLC, et al**<br>**23-08138** | | **United States District Court (E.D. of NY)** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:** **Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** **Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor    **SafeMoon US, LLC**                                    Case number *(if known)*  **23-25749**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.    **Jenner & Block** | | **November 1, 2023** | **$500,000.00** |
| **Email or website address** **www.jenner.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2.    **M3 Partners** | | **Various** | **$462,877.62** |
| **Email or website address** **www.m3-partners.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.3.    **McKay, Burton & Thurman, P.C.** **15 West South Temple, Suite 1000** **Salt Lake City, UT 84101** | | **December 8, 2023** | **$50,000.00** |
| **Email or website address** **www.mbt-law.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

Debtor   **SafeMoon US, LLC**                                        Case number *(if known)*  **23-25749**

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **2100 West Pleasant Grove Boulevard, #250 Pleasant Grove, UT 84062** | |
| 14.2. | **40 SW 13th St, Suite 505 Miami, FL 33130** | |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Human Interest** | EIN:  **87-1538423** |

    Has the plan been terminated?
    ■ No
    ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor  **SafeMoon US, LLC**                                              Case number (if known)  **23-25749**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Central Bank of Utah**<br>**801 South Pleasant Grove Boulevard**<br>**Pleasant Grove, UT 84062** | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 2023** | **$0.00** |
| 18.2. | **CitiBusiness** | **XXXX-3629** | ☐ Checking<br>☐ Savings<br>☑ Money Market<br>☐ Brokerage<br>☐ Other___ | **August 2023** | **$1,880,238.28** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

| Debtor | **SafeMoon US, LLC** | | | Case number *(if known)* **23-25749** |
|---|---|---|---|---|

■ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.    **SafeMoon Approvals, LLC** | **Employs US Employees** | EIN: From-To |
| 25.2.    **Anonymous Key Technology, Inc.** | **Holds software used by Debtor** | EIN: From-To |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Michael Santangelo - MS Financial** **2292 Fairway** **High Ridge, MO 63049** | **February 2023 to Present** |
| 26a.2.    **Aneesha Cowan - Better World Austrailia** **73 Fisher Street** **Malvern East, AU 3145** | **June 2022 to January 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   **SafeMoon US, LLC** _____   Case number *(if known)* **23-25749**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Sopherco**<br>**1-3 Mount Street, Connaught House 2nd Fl**<br>**Mayfiar, London W1K3NB** | **June 2023 to**<br>**November 2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Michael Santangelo - MS Financial**<br>**229 Fairway**<br>**High Ridge, MO 63049** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kenneth Ehrler** | | **Chief Restructuring Officer** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ronin Crypto Group, LC** | | **Sole Member** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Other officers to be produced seperately** | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Debtor  **SafeMoon US, LLC**

Case number *(if known)*  **23-25749**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Braden John Karony** | | **CEO** | **2021 to 2023** |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| **Ronin Crypto Group, LC** | **EIN:  87-1338925** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __December 22, 2023__

__/s/ Kenneth Ehrler__
Signature of individual signing on behalf of the debtor

__Kenneth Ehrler__
Printed name

Position or relationship to debtor  **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# EXHIBIT 3

**SOFA Part 2, Question 3: Payments to Credtiors Within 90 Days Before Filing**

| Creditor | Address | Reason | Date | Amount ($) |
|---|---|---|---|---|
| Ibeify LLC | 2105 Couch St Unit C TX US | Trade Payable | 11/1/2023 | $21,500.00 |
| Travel Counsellors | Venus No1 Old Park Lane, Trafford City, Manchester, England, M41 7HA | Trade Payable | 10/25/2023 | $9,561.48 |
| Travel Counsellors | Venus No1 Old Park Lane, Trafford City, Manchester, England, M41 7HA | Trade Payable | 10/23/2023 | $21,931.51 |
| VanderHouwen & Associates, Inc. | 6342 S Macadam Ave, Portland, OR 97239 | Trade Payable | 10/12/2023 | $4,076.00 |
| Plantholt Advisory Group LLC | 502 Washington Ave #600, Towson, MD 21204 | Trade Payable | 10/12/2023 | $7,000.00 |
| VanderHouwen & Associates, Inc. | 6342 S Macadam Ave, Portland, OR 97239 | Trade Payable | 10/12/2023 | $16,000.00 |
| Sheridans | Seventy Six Wardour Street London W1F 0UR | Legal Services | 10/11/2023 | $27,131.76 |
| GIBSON, DUNN & CRUTCHER | 310 University Avenue Palo Alto, California 94301-1744 | Legal Services | 10/10/2023 | $6,918.20 |
| Ibeify LLC | 2105 Couch St Unit C TX US | Trade Payable | 10/3/2023 | $21,500.00 |
| FTI Consulting Technology LLC | 1166 Avenue of the Americas 15th Floor New York, NY 10036 | Trade Payable | 10/3/2023 | $12,856.91 |
| Ibeify LLC | 2105 Couch St Unit C TX US | Trade Payable | 9/19/2023 | $21,500.00 |
| VanderHouwen & Associates, Inc. | 6342 S Macadam Ave, Portland, OR 97239 | Trade Payable | 9/19/2023 | $4,400.00 |
| Ibeify LLC | 2105 Couch St Unit C TX US | Trade Payable | 9/15/2023 | $21,500.00 |
| FTI Consulting Technology LLC | 1166 Avenue of the Americas 15th Floor New York, NY 10036 | Trade Payable | 9/15/2023 | $3,216.08 |
| VanderHouwen & Associates, Inc. | 6342 S Macadam Ave, Portland, OR 97239 | Trade Payable | 9/13/2023 | $3,000.00 |
| Plantholt Advisory Group LLC | 502 Washington Ave #600, Towson, MD 21204 | Trade Payable | 9/13/2023 | $7,000.00 |
| **TOTAL** | | | | **$209,091.94** |

**United States Bankruptcy Court**
**District of Utah**

In re   **SafeMoon US, LLC** _____ Case No.   **23-25749** _____
                                                Debtor(s)       Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 22, 2023** _____      **/s/ Kenneth Ehrler** _____

                                                     **Kenneth Ehrler/Chief Restructuring Officer**
                                                     Signer/Title