Ellen E. Ostrow (#14743)
eostrow@foley.com
Geoffrey S. Goodman (admitted *Pro Hac Vice*)
ggoodman@foley.com
FOLEY & LARDNER LLP
95 State Street, Suite 2500
Salt Lake City, UT  84111
Telephone:  801.401.8900
*Attorneys for Chapter 7 Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Case No. 23-25749 |
|---|---|
| **SAFEMOON US LLC,** | Chapter 7 |
| Debtor. | Honorable Joel T. Marker |

### NOTICE OF RESCHEDULED AUCTION

**Auction Rescheduled Date: April 9, 2024 at 1:00 p.m. (MT)**

**PLEASE TAKE NOTICE THAT**, the auction (the "*Auction*") scheduled for April 8, 2024 has been reset to **April 9, 2024 at 1:00 p.m. (MT)**. The Auction will be held via Zoom. The Trustee will provide the Zoom link to any qualified bidders prior to the Auction.

DATED: April 5, 2024.

                                                    */s/ Ellen E. Ostrow*
                                                  Geoffrey S. Goodman
                                                  Ellen E. Ostrow
                                                  *Attorneys for Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 5th day of April, 2024, a true and correct copy of the foregoing *Notice of Rescheduled Auction* was electronically filed and therefore served via ECF on the following:

- **Matthew James Burne** matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Brent O. Hatch** hatch@hatchpc.com, admin@hatchpc.com
- **David W. Newman tr** david.w.newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Ellen E. Ostrow** eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com
- **Ellen Ostrow Tr** eostrow@foley.com, acardenas@foley.com;UT33@ecfcbis.com;eostrow@foley.com
- **Mark C. Rose** mrose@mbt-law.com, markcroselegal@gmail.com
- **Therese Scheuer** scheuert@sec.gov
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Melinda Willden tr** melinda.willden@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

                 /s/ *Ellen E. Ostrow*