Ellen E. Ostrow (#14743)
eostrow@foley.com
Geoffrey S. Goodman (admitted *Pro Hac Vice*)
ggoodman@foley.com
FOLEY & LARDNER LLP
95 State Street, Suite 2500
Salt Lake City, UT  84111
Telephone:  801.401.8900
*Attorneys for Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**SAFEMOON US LLC,**<br><br>Debtor. | Bankruptcy Case No. 23-25749<br>Chapter 7<br><br>Honorable Joel T. Marker |

## NOTICE OF RESCHEDULED AUCTION

**Auction Rescheduled Date: April 11, 2024 at 2:00 p.m. (MT)**

**PLEASE TAKE NOTICE THAT**, the auction (the "*Auction*") rescheduled for April 9, 2024 has been reset to **April 11, 2024 at 2:00 p.m. (MT)**. The Auction will be held via Zoom. The Trustee will provide the Zoom link to any qualified bidders prior to the Auction.

DATED: April 8, 2024.

/s/ Ellen E. Ostrow
Geoffrey S. Goodman
Ellen E. Ostrow
*Attorneys for Chapter 7 Trustee*

1

4871-9407-3269.1

## CERTIFICATE OF SERVICE

        I hereby certify that on the 8th day of April, 2024, a true and correct copy of the foregoing *Notice of Rescheduled Auction* was electronically filed and therefore served via ECF on the following:

- **Matthew James Burne**     matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Brent O. Hatch**     hatch@hatchpc.com, admin@hatchpc.com
- **David W. Newman tr**     david.w.newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Ellen E. Ostrow**     eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com
- **Ellen Ostrow Tr**     eostrow@foley.com, acardenas@foley.com;UT33@ecfcbis.com;eostrow@foley.com
- **Mark C. Rose**     mrose@mbt-law.com, markcroselegal@gmail.com
- **Therese Scheuer**     scheuert@sec.gov
- **United States Trustee**     USTPRegion19.SK.ECF@usdoj.gov
- **Melinda Willden tr**     melinda.willden@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

                                          /s/ *Ellen E. Ostrow*