Ellen E. Ostrow (#14743)
eostrow@foley.com
Geoffrey S. Goodman (admitted *Pro Hac Vice*)
ggoodman@foley.com
FOLEY & LARDNER LLP
95 State Street, Suite 2500
Salt Lake City, UT  84111
Telephone:  801.401.8900
*Attorneys for Chapter 7 Trustee*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**SAFEMOON US LLC,**<br><br>Debtor. | Bankruptcy Case No. 23-25749<br>Chapter 7<br><br>Honorable Joel T. Marker |

### NOTICE OF RESCHEDULED AUCTION

**Auction Rescheduled Date: April 15, 2024 at 1:00 p.m. (MT)**

---

**PLEASE TAKE NOTICE THAT**, the auction (the "***Auction***") previously rescheduled for April 11, 2024 has been reset to **April 15, 2024 at 1:00 p.m. (MT)**. The Auction will be held via Zoom. The Trustee will provide the Zoom link to any qualified bidders prior to the Auction.

DATED: April 11, 2024.

/s/ Ellen E. Ostrow
Geoffrey S. Goodman
Ellen E. Ostrow
*Attorneys for Chapter 7 Trustee*

1

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on the 11th day of April, 2024, a true and correct copy of the foregoing *Notice of Rescheduled Auction* was electronically filed and therefore served via ECF on the following:

- **Matthew James Burne**   matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Brent O. Hatch**   hatch@hatchpc.com, admin@hatchpc.com
- **David W. Newman tr**   david.w.newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Ellen E. Ostrow**   eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com
- **Ellen Ostrow Tr**   eostrow@foley.com, acardenas@foley.com;UT33@ecfcbis.com;eostrow@foley.com
- **Mark C. Rose**   mrose@mbt-law.com, markcroselegal@gmail.com
- **Therese Scheuer**   scheuert@sec.gov
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov
- **Melinda Willden tr**   melinda.willden@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

                                  /s/ *Ellen E. Ostrow*

4893-2535-3910.1