**This order is SIGNED.**

**Dated: May 8, 2024**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

---

*Prepared and Submitted by:*
Ellen E. Ostrow (#14743)
eostrow@foley.com
FOLEY & LARDNER LLP
95 State Street, Suite 2500
Salt Lake City, UT  84111
Telephone:  801.401.8900

Geoffrey S. Goodman (admitted *Pro Hac Vice*)
ggoodman@foley.com
FOLEY & LARDNER LLP
321 North Clark Street, Ste. 3000
Chicago, IL 60654
Telephone:  312.832.4514

*Attorneys for Chapter 7 Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**SAFEMOON US LLC,**<br><br>Debtor. | Bankruptcy Case No. 23-25749<br>Chapter 7<br><br>Honorable Joel T. Marker |

### ORDER DENYING WITHOUT PREJUDICE MOTION FOR PAYMENT
### FILED BY LYNN AND ROBERT SPRAGGS

On April 30, 2024, the Court conducted a hearing (the "**Hearing**") on the *Motion for the Payment of $6,500 USD Every Two Weeks Since December 4, 2023 to Robert Spraggs and $9,000*

1

*USD Every Two Weeks Since December 4, 2023 to Lynn Spraggs for Services Rendered in Maintaining the Value of the Assets of the Debtor Until the Assets are Sold or the Executory Contracts of Anonymous Key Technology Inc. is Rejected by the Trustee* (the "**Motion**") [Dkt. No. 139] filed by Robert Spraggs and Lynn Spraggs, requesting Ellen E. Ostrow, in her capacity as the Chapter 7 Trustee (the "**Trustee**") of SafeMoon US LLC (the "**Debtor**"), to pay Messrs. Spraggs $15,500 every two weeks, beginning on Dec. 4, 2023, and continuing until the alleged contract of Anonymous Key Technology Inc ("**AKT**") is either assumed and assigned or rejected. The Trustee objected to the Motion. Appearances at the Hearing were noted on the record. Based on the findings and conclusions made by the Court at the Hearing, which are incorporated herein, it is hereby **ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is DENIED without prejudice.

2. The Spraggs may file an amended application for allowance of an administrative claim on or before May 31, 2024.

--- END OF ORDER ---

4855-7213-7148.2

## **DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER**

Service of the foregoing **Order Denying Without Prejudice Motion for Payment Filed by Lynn and Robert Spraggs** shall be served on the parties in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- **Matthew James Burne** matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Brent O. Hatch** hatch@hatchpc.com, admin@hatchpc.com
- **David W. Newman tr** david.w.newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Ellen E. Ostrow** eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com
- **Ellen Ostrow Tr** eostrow@foley.com, acardenas@foley.com;UT33@ecfcbis.com;eostrow@foley.com
- **Mark C. Rose** mrose@mbt-law.com, markcroselegal@gmail.com
- **Therese Scheuer** scheuert@sec.gov
- **United States Trustee** USTPRegion19.SK.ECF@**usdoj**.gov
- **Melinda Willden tr** melinda.willden@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

**By Electronic Mail**: I certify that the parties identified below received notice at the following address:

Anonymous Key Technology
c/o Lynn Spraggs
lspraggs@aegissystems.com

Lynn Spraggs
lspraggs@akcode.com

Robert Spraggs
rspraggs@akcode.com

/s/ Ellen E. Ostrow