John T. Jasnoch (*pro hac vice*)
jjasnoch@scott-scott.com
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508

*Lead Counsel for Lead Plaintiffs Mark Combs,
Vlad Iacob, and Benjamin Northey*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re:<br><br>**SAFEMOON US LLC,**<br><br>Debtor. | Bankruptcy Case No. 23-25749<br>Chapter 7<br><br>Honorable Joel T. Marker |
|---|---|

## STIPULATED MOTION TO EXTEND THE DEADLINE FOR CLASS ACTION PLAINTIFFS TO FILE PROOFS OF CLAIMS

Lead Plaintiffs Mark Combs, Vlad Iacob, and Benjamin Northey (collectively, the "***Class Action Plaintiffs***"), through counsel, together with Ellen E. Ostrow (the "***Trustee***"), the duly-appointed trustee in the above-captioned Chapter 7 bankruptcy case (the "***Bankruptcy Case***") filed by SafeMoon US LLC (the "***Debtor***"), by and through her undersigned counsel, hereby file this stipulated motion (the "***Motion***") extending the time for the Class Action Plaintiffs to file their proofs of claim (the "***Claims***"). In support thereof, the parties state as follows:

1

1. On December 14, 2023 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, and Ellen E. Ostrow has been appointed as the chapter 7 trustee.

2. On April 17, 2024, the Court entered the *Order (I) Establishing Deadlines for Filing Proofs of Claims; (II) Approving Form and Manner of Notice Thereof; and (III) Granting Related Relief* [ECF No. 152] (the "**Bar Date Order**"). The Bar Date Order set a deadline of July 22, 2024 as the deadline for parties to file Claims in the Bankruptcy Case (the "**Bar Date**").

3. On June 11, 2024, the Class Action Plaintiffs filed a *Motion for Order Certifying the Class for Purposes of the Class Claim Pursuant to Fed. R. Civ. P. 23 and Fed. R. Bankr. P. 7023 and 9014(c)* [ECF No. 182] (the "**Class Claim Motion**").

4. The Class Action Plaintiffs requested a hearing on the Class Claim Motion, but due to scheduling conflicts, the Court is not available to hear the Class Claim Motion until after the Bar Date.

5. Accordingly, the Class Action Plaintiffs requested the Trustee agree to extend the Bar Date set forth in the Bar Date Order until 30 days after the Court rules on the Class Claim Motion, and the Trustee agreed.

6. Based on the foregoing, the parties stipulate and respectfully request the Court extend the Bar Date as to the Class Action Plaintiffs only to September 27, 2024.

DATED: June 24, 2024                         SCOTT+SCOTT ATTORNEYS AT LAW LLP

                                             s/ *John T. Jasnoch*
                                             John T. Jasnoch (*pro hac vice*)
                                             jjasnoch@scott-scott.com

600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Sean T. Masson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
smasson@scott-scott.com

*Lead Counsel for Lead Plaintiffs*

**HATCH LAW GROUP**
Brent O. Hatch (5715)
22 E 100 S, Suite 400
Salt Lake City, UT 84111
Telephone: 801-869-1919
hatch@hatchpc.com

*Local Counsel for Lead Plaintiffs*

DATED: June 24, 2024　　　　　　　　*/s/ Ellen E. Ostrow*
　　　　　　　　　　　　　　　　　　Geoffrey S. Goodman
　　　　　　　　　　　　　　　　　　Ellen E. Ostrow
　　　　　　　　　　　　　　　　　　*Attorneys for Chapter 7 Trustee*

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June 2024, a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND THE DEADLINE FOR CLASS ACTION PLAINTIFFS TO FILE PROOFS OF CLAIMS** shall be served on the parties in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case, as identified below, are registered CM/ECF users:

| | |
|---|---|
| **Matthew James Burne**<br>matthew.burne@usdoj.gov;<br>James.Gee@usdoj.gov;<br>Lindsey.Huston@usdoj.gov;<br>Rinehart.Peshell@usdoj.gov;<br>Rachell e.D.Hughes@usdoj.gov;<br>Brittany.Dewitt@usdoj.gov. | UT33@ecfcbis.com.<br><br>**Mark C. Rose**<br>mrose@mbt-law.com;<br>markcroselegal@gmail.com. |
| **Brent O. Hatch**<br>hatch@hatchpc.com;<br>admin@hatchpc.com. | **Therese Scheuer**<br>scheuert@sec.gov.<br><br>**United States Trustee**<br>USTPRegion19.SK.ECF@usdoj.gov. |
| **David W. Newman**<br>tr david.w.newman@usdoj.gov;<br>James.Gee@usdoj.gov;<br>Lindsey.Huston@usdoj.gov;<br>Rinehart.Peshell@usdoj.gov;<br>Rachell e.D.Hughes@usdoj.gov;<br>Brittany.Dewitt@usdoj.gov. | **Melinda Willden**<br>melinda.willden@usdoj.gov;<br>James.Gee@usdoj.gov;<br>Lindsey.Huston@usdoj.gov;<br>Rinehart.Peshell@usdoj.gov;<br>Rachell e.D.Hughes@usdoj.gov;<br>Brittany.Dewitt@usdoj.gov. |
| **Ellen E. Ostrow**<br>eostrow@foley.com;<br>ellen-ostrow4512@ecf.pacerpro.com;<br>docketflow@foley.com;<br>acardenas@foley.com; | |

DATED: June 24, 2024

SCOTT+SCOTT ATTORNEYS AT LAW LLP

s/ *John T. Jasnoch*
John T. Jasnoch (*pro hac vice*)
jjasnoch@scott-scott.com

4

600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Sean T. Masson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
smasson@scott-scott.com

*Lead Counsel for Lead Plaintiffs*

**HATCH LAW GROUP**
Brent O. Hatch (5715)
22 E 100 S, Suite 400
Salt Lake City, UT 84111
Telephone: 801-869-1919
hatch@hatchpc.com

*Local Counsel for Lead Plaintiffs*